

# United States District Court
# Eastern District of California

Juan Antonio Rojas Deras [A220-624-540]

Plaintiff(s)

V.

Tanya Andrews, Warden, Golden State Annex, et al.

Defendant(s)

Case Number: 1:26-cv-03265 JLT SKO

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Steven R. Strom _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Juan Antonio Rojas Deras

On __12/01/1986__ (date), I was admitted to practice and presently in good standing in the
United States District Court for the District of Connecticut (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __04/28/2026__          Signature of Applicant: /s/ Steven R. Strom

**Pro Hac Vice Attorney**

Applicant's Name: Steven R. Strom

Law Firm Name: The American Immigrant Law Clinic (TAILC)

Address: 195 Church Street, Floor 11

City: New Haven   State: CT   Zip: 06510

Phone Number w/Area Code: (203) 804-3683

City and State of Residence: New Haven, Connecticut

Primary E-mail Address: steve@tailcproject.org

Secondary E-mail Address: strom@snet.net

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Lori B. Schoenberg

Law Firm Name: Law Offices of Lori B. Schoenberg

Address: 611 Wilshire Boulevard, Suite 1006

City: Los Angeles   State: CA   Zip: 90017

Phone Number w/Area Code: (858) 922-6721   Bar # 212972

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/29/2026

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT