**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN ANTONIO ROJAS DERAS, (A-Number: 220-624-540)<br><br>Petitioner,<br><br>v.<br><br>TANYA ANDREWS, et al.,<br><br>Respondents. | No. 1:26-cv-03265 JLT EGC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 15)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH A BOND HEARING WITHIN 10 DAYS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Juan Antonio Rojas Deras is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 12, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition. (Doc. 15.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 15.) On May 18, 2026, Petitioner filed objections. (Doc. 16.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.      The Findings and Recommendations issued on May 12, 2026, (Doc. 15), are

1

**ADOPTED** in full.

2. The petition for writ of habeas corpus is **GRANTED**.

3. Respondents are **ORDERED TO PROVIDE** Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) within 10 days of the date of this Order, in which the parties will be allowed to present evidence and argument about whether Petitioner is a danger to the community and present a flight risk if not detained. And if Respondents fail to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required by the Court's order, Petitioner should be immediately released from detention.

4. At least 72 hours before the scheduled hearing, the Petitioner **SHALL** receive notice of the hearing. He **SHALL** have the right to be represented by counsel at the hearing, and he **SHALL** be entitled to appear at the hearing. If counsel has filed an appearance in the immigration proceedings, at least 72 hours before the hearing, counsel **SHALL** receive notice of the scheduled hearing.

5. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_____
UNITED STATES DISTRICT JUDGE

2